**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **ANTHONY DOMENIC REO** | Case No. 1:18-cv-02065-DAP |
| | Hon. Dan Aaron Polster |
| Plaintiff, | |
| v. | |
| **PALMER ADMINISTRATIVE SERVICES** Inc., et al. | |
| Defendants | |

| **REO LAW, LLC** | **DINN HOCHMAN & POTTER LLC** |
|---|---|
| By:  Bryan Anthony Reo (#0097470) | By: Benjamin D. Carnahan (0079737) |
| P.O. Box 5100 | 5910 Landerbrook Drive, Suite 200 |
| Mentor, OH 44061 | Cleveland, OH 44124 |
| (Business):  (216) 505-0811 | (Phone): (440) 681-8005 |
| (Mobile):  (440) 313-5893 | (Fax): (440) 446-1240 |
| (E):  Reo@ReoLaw.org | (E): bcarnahan@dhplaw.com |
| *Attorney for Anthony Domenic Reo* | *Attorney for Palmer Administrative Services* |

## MOTION TO STAY PROCEEDINGS PENDING BRYAN ANTHONY REO'S CASE IN LAKE COUNTY COMMON PLEAS FOR DECLARATORY JUDGMENT

Plaintiff Anthony Domenic Reo, via the undersigned attorney, respectfully moves this court to stay the proceedings. Plaintiff's counsel has filed for a declaratory judgment in Lake County Court of Common Pleas. Bryan Anthony Reo seeks to have a ruling regarding the rights of the parties in the contract and specifically whether or not Anthony Domenic Reo is a party to the contract and if the terms of the contract apply to Anthony Domenic Reo as a non-party and non-signatory. A copy of Bryan Anthony Reo v. Palmer Administrative Services is attached.

RESPECTFULLY SUBMITTED,

/s/ BRYAN ANTHONY REO_____
**REO LAW LLC**
By:  Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061

1

      (Business):  (216) 505-0811
      (Mobile):  (440) 313-5893
      (E):  Reo@ReoLaw.org
      *Attorney for Anthony Domenic Reo*

# Certificate of Service

I, Bryan Anthony Reo, do hereby certify and affirm that a true and accurate copy of the foregoing document was submitted to the Court's Electronic Filing System on September 18, 2018, which should serve said document upon all attorneys of record for the instant civil action:

      /s/ BRYAN ANTHONY REO_____
      **REO LAW LLC**
      By:  Bryan Anthony Reo (#0097470)
      P.O. Box 5100
      Mentor, OH 44061
      (Business):  (216) 505-0811
      (Mobile):  (440) 313-5893
      (E):  Reo@ReoLaw.org
      *Attorney for Anthony Domenic Reo*