# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

No: 18-3924

Filed: June 21, 2019

ANTHONY DOMENIC REO

    Plaintiff - Appellant

1:18cv2065 - DAP

v.

PALMER ADMINISTRATIVE SERVICES; MICHAEL SHAFTEL

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 05/30/2019 the mandate for this case hereby issues today.  Affirmed

COSTS: None